IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY FORBES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-JEO-0652-E |
| | ) | |
| WARDEN MARTHA L. JORDAN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

The petitioner, Stanley Forbes, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has also filed a request to be allowed to proceed *in forma pauperis*. On April 2, 2003, the magistrate judge assigned this matter entered an order requiring the petitioner to show cause why this action should not be dismissed as being procedurally barred.[1] (Doc. 3). The petitioner failed to respond to the order. Instead, he requested that this court provide the United States District Court for the Middle District of Alabama with information concerning the status of his case so that the court there can provide him with a copy of his criminal records. (April 11, 2003 Letter). On April 15, 2003, the court again informed the petitioner that it was anticipating a response to the court's previous order. (Doc. 4). He was also informed that a failure to respond to the previous order may result in dismissal of this action. No response has been received by the Clerk of the Court. Accordingly, his application for a petition for a writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this ____ day of May, 2003.

UNITED STATES DISTRICT JUDGE

---

[1] This court previously addressed the petitioner's challenge to his drug convictions following a jury trial in the United States District Court for the Middle District of Alabama. (*See Forbes v Jordan*, CV 02-AR-1449-E).

